# Exhibit 1

# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

## Intake Questionnaire

Date: _10-27-17_

Name: _Christine DeFrancesco_ (_Henriquez_)

███████████████████████████████████████

Employer or company with which you have a legal problem: _Mirador Real Estate_

Employer Address: _16 East 14th Street  NYC / 60 West 23rd Street  NYC_

How long were you (or have you been) employed by this company? _8 months_

███████████████████████████████████████

**The Completion of this form does not constitute the establishment of an attorney-client relationship.



Have you signed an arbitration agreement?     NO

**The Completion of this form does not constitute the establishment of an attorney-client relationship.



Signature: *Christine De Francesco*   Date: 12/27/17

**The Completion of this form does not constitute the establishment of an attorney-client relationship.