# Exhibit 5

| | |
|---|---|
| **From:** | Karla Saladino |
| **To:** | Luiggi Tapia |
| **Cc:** | Michael R. Minkoff |
| **Subject:** | Re: Christine DeFrancesco |
| **Date:** | Wednesday, March 21, 2018 6:58:19 PM |

Hi Luiggi- I apologize for the delay as I've been out of office. I checked on her paperwork and Christine was at will and exempt - she also never hit any bonus level. Let me know if you need anything further.

Karla



**Karla Saladino**

Managing Partner | Associate Broker

Press | Blog  Website
Exclusive Buildings

On Mar 15, 2018, at 7:08 PM, Luiggi Tapia <LT@employmentlawyernewyork.com> wrote:

> Dear Ms. Saladino:
> On behalf of Michael R. Minkoff, Esq., please see the attached.
> Best Regards,
> Luiggi Tapia, Paralegal
> Borrelli & Associates, P.L.L.C.
> 1010 Northern Boulevard, Suite 328
> Great Neck, NY 11021
> Tel. No. (516) 248-5550
> Fax No. (516) 248-6027
> www.employmentlawyernewyork.com
> lt@employmentlawyernewyork.com
> 655 Third Avenue, Suite 1821
> New York, NY 10017
> Tel. No. (212)679-5000
> Fax No. (212)679-5005
> www.employmentlawyernewyork.com
> lt@employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction,

circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

<3.15.18 letter to K. Saladino re C. DeFrancesco.pdf>

<2.27.18 ltr to Ms. Saladino re C. DeFrancesco.pdf>