# Exhibit 11

| | |
|---|---|
| **From:** | Christine DeFrancesco Henriquez |
| **To:** | Michael R. Minkoff |
| **Subject:** | Re: Update |
| **Date:** | Wednesday, June 13, 2018 5:42:40 PM |

Anything is possible Michael. I know that a 10 page document of this nature would have made me nervous. I would have asked a confidant for their opinion before signing it.

They are very deceptive and have made a practice of entering into agreements with people that they have no intention of honoring.



I wouldn't put anything past them, including forgery.

Sent from my iPhone

On Jun 13, 2018, at 5:03 PM, Michael R. Minkoff <mrm@employmentlawyernewyork.com> wrote:

> Christine:
> Do you have any recollection at all of signing a document at the top of blank page that could have been a part of something else? I'm wondering if you maybe signed something in another context and they slid it into this "agreement"...
> Sincerely,
> Michael R. Minkoff, Esq.
> Borrelli & Associates, P.L.L.C.
> 1010 Northern Boulevard, Suite 328
> Great Neck, New York 11021
> Tel. No. (516) 248-5550
> Fax No. (516) 248-6027
> ------------------------------------
> 655 Third Avenue, Suite 1821
> New York, New York 10017
> Tel. No. (212) 679-5000
> Fax No. (212) 679-5005
> 
> Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the

intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

**From:** Christine DeFrancesco Henriquez [mailto:cdefrancesco@yahoo.com]
**Sent:** Wednesday, June 13, 2018 5:00 PM
**To:** Michael R. Minkoff <mrm@employmentlawyernewyork.com>
**Subject:** Re: Update

Hi Michael,

I have never seen this document before. I keep records of everything and certainly would have had a copy of a 10 page agreement.

I can't say for certain if that's my signature, but I can tell you I was not given a 10 page arbitration agreement.

Also, the counter signature is not a familiar name.

Best,
Christine

Sent from my iPhone

On Jun 13, 2018, at 3:37 PM, Michael R. Minkoff <mrm@employmentlawyernewyork.com> wrote:

> Christine:
>
> Per my previous email, I just received the alleged arbitration agreement - - it's attached to this message. Please take a look and let me know (a) whether you've ever seen this document before, and (b) if that's your signature on the last page. If there's anything fishy with the agreement, let me know right away.
>
> Feel free to give me a call to discuss. I'm in meetings most of the day tomorrow but if I miss your call I'll get back to you as soon as I can.
>
> Thanks.
>
> Sincerely,
>
> Michael R. Minkoff, Esq.
>
> Borrelli & Associates, P.L.L.C.
>
> 1010 Northern Boulevard, Suite 328
>
> Great Neck, New York 11021
>
> Tel. No. (516) 248-5550
>
> Fax No. (516) 248-6027
>
> -------------------------------------
>
> 655 Third Avenue, Suite 1821
>
> New York, New York 10017
>
> Tel. No. (212) 679-5000
>
> Fax No. (212) 679-5005
>
> www.employmentlawyernewyork.com

mrm@employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.