# Exhibit 12



# Metadata Info Of Your File

The following table contains all the exif data and metadata info we could extract from your file using our free online metadata and exif viewer.

**Category (/file-info/category)** application

**Create Date (/file-info/create-date)** 2018:06:09 11:40:11Z

**Creationdate (/file-info/create-date)** Sat Jun 9 11:40:11 2018

**Creator** PDFium

**Creator Tool** PDFium

**Document Id** uuid:9f0fdf76-b122-4a5c-af76-dbcf82fb210c

**Encrypted** no

**File Modify Date (/file-info/file-modification-date-time)** 2018:06:13 23:11:42+02:00

**File Name (/file-info/file-name)**

CHRISTINE_DEFRANCESCO_ARIBITRATION_AGREEMENT.pdf

**File Size** 735 kB, 752265 bytes

**File Type (/file-info/file-type)** PDF

**File Type Extension (/file-info/file-type-extension)** pdf

Check files for metadata info

**Form** none

**Format** application/pdf

**Instance Id** uuid:31002640-a237-498f-9eab-e2a82b3c6b84

**Javascript** no

**Linearized** Yes

**Metadata Date** 2018:06:13 10:41:36-04:00

**Mime Type (/file-info/mime-type)** application/pdf

**Moddate** Wed Jun 13 10:41:36 2018

**Modify Date (/file-info/file-modification-date-time)** 2018:06:13 10:41:36-04:00

**Optimized** yes

**Page Count** 10

**Page Rot** 0

**Page Size** 608.04 x 793.44 pts

**Pages (/file-info/pages)** 10

## PDF IMAGES

**Page Number** 1

**Image Number** 0

**Type (/file-info/file-type)** image

**Width (/file-info/width)** 3378

**Height (/file-info/height)** 4408

**Color Space (/file-info/color-space)** Gray

**Color Components (/file-info/color-components)** 1

**Bits Per Component** 1

**Encoding** ccitt

**Object Id** 38

**X-Ppi** 400

**Y-Ppi** 401

**Size (/file-info/file-size)** 74.2K

**Compression Ratio** 4.1%

**Page Number** 2

**Image Number** 1

**Type (/file-info/file-type)** image

**Width (/file-info/width)** 3380

**Height (/file-info/height)** 4416

**Color Space (/file-info/color-space)** Gray

**Color Components (/file-info/color-components)** 1

**Bits Per Component** 1

**Encoding** ccitt

**Object Id** 3

**X-Ppi** 400

**Y-Ppi** 400

**Size (/file-info/file-size)** 80.1K

**Compression Ratio** 4.4%

**Page Number** 3

Check files for metadata info

| | |
|---|---|
| **Image Number** | 2 |
| **Type (/file-info/file-type)** | image |
| **Width (/file-info/width)** | 3378 |
| **Height (/file-info/height)** | 4400 |
| **Color Space (/file-info/color-space)** | Gray |
| **Color Components (/file-info/color-components)** | 1 |
| **Bits Per Component** | 1 |
| **Encoding** | ccitt |
| **Object Id** | 6 |
| **X-Ppi** | 400 |
| **Y-Ppi** | 400 |
| **Size (/file-info/file-size)** | 68.1K |
| **Compression Ratio** | 3.8% |

| | |
|---|---|
| **Page Number** | 4 |
| **Image Number** | 3 |
| **Type (/file-info/file-type)** | image |
| **Width (/file-info/width)** | 3378 |
| **Height (/file-info/height)** | 4406 |
| **Color Space (/file-info/color-space)** | Gray |
| **Color Components (/file-info/color-components)** | 1 |
| **Bits Per Component** | 1 |
| **Encoding** | ccitt |
| **Object Id** | 9 |
| **X-Ppi** | 400 |
| **Y-Ppi** | 400 |
| **Size (/file-info/file-size)** | 64.9K |
| **Compression Ratio** | 3.6% |

| | |
|---|---|
| **Page Number** | 5 |
| **Image Number** | 4 |
| **Type (/file-info/file-type)** | image |
| **Width (/file-info/width)** | 3372 |
| **Height (/file-info/height)** | 4396 |
| **Color Space (/file-info/color-space)** | Gray |
| **Color Components (/file-info/color-components)** | 1 |
| **Bits Per Component** | 1 |
| **Encoding** | ccitt |
| **Object Id** | 12 |
| **X-Ppi** | 401 |
| **Y-Ppi** | 400 |
| **Size (/file-info/file-size)** | 71.5K |
| **Compression Ratio** | 4.0% |

| | |
|---|---|
| **Page Number** | 6 |
| **Image Number** | 5 |
| **Type (/file-info/file-type)** | image |
| **Width (/file-info/width)** | 3368 |

Check files for metadata info

**Width (/file-info/width)** [illegible]

**Height (/file-info/height)** 4398

**Color Space (/file-info/color-space)** Gray

**Color Components (/file-info/color-components)** 1

**Bits Per Component** 1

**Encoding** ccitt

**Object Id** 15

**X-Ppi** 400

**Y-Ppi** 400

**Size (/file-info/file-size)** 68.7K

**Compression Ratio** 3.8%

**Page Number** 7

**Image Number** 6

**Type (/file-info/file-type)** image

**Width (/file-info/width)** 3376

**Height (/file-info/height)** 4406

**Color Space (/file-info/color-space)** Gray

**Color Components (/file-info/color-components)** 1

**Bits Per Component** 1

**Encoding** ccitt

**Object Id** 18

**X-Ppi** 400

**Y-Ppi** 400

**Size (/file-info/file-size)** 68.6K

**Compression Ratio** 3.8%

**Page Number** 8

**Image Number** 7

**Type (/file-info/file-type)** image

**Width (/file-info/width)** 3380

**Height (/file-info/height)** 4412

**Color Space (/file-info/color-space)** Gray

**Color Components (/file-info/color-components)** 1

**Bits Per Component** 1

**Encoding** ccitt

**Object Id** 21

**X-Ppi** 400

**Y-Ppi** 400

**Size (/file-info/file-size)** 70.2K

**Compression Ratio** 3.9%

**Page Number** 9

**Image Number** 8

**Type (/file-info/file-type)** image

**Width (/file-info/width)** 3374

**Height (/file-info/height)** 4390

**Color Space (/file-info/color-space)** Gray

**Color Components (/file-info/color-components)** 1

**Bits Per Component** 1

**Encoding** ccitt

**Object Id** 24

**X-Ppi** 401

**Y-Ppi** 400

**Size (/file-info/file-size)** 61.6K

**Compression Ratio** 3.4%

**Page Number** 10

**Image Number** 9

**Type (/file-info/file-type)** image

**Width (/file-info/width)** 1688

**Height (/file-info/height)** 2198

**Color Space (/file-info/color-space)** RGB

**Color Components (/file-info/color-components)** 3

**Bits Per Component** 8

**Encoding** jpeg

**Object Id** 27

**X-Ppi** 200

**Y-Ppi** 200

**Size (/file-info/file-size)** 97.4K

**Compression Ratio** 0.9%

**Pdf Version (/file-info/pdf-version)** 1.7

**Producer** PDFium

**Suspects** no

**Tagged** no

**Type (/file-info/file-type)** pdf

**Userproperties** no

**Xmp Toolkit (/file-info/xmp-toolkit)**

Adobe XMP Core 5.4-c006 80.159825, 2016/09/16-03:31:08

**Options**

Convert your file (https://www.online-convert.com/)

Edit your PDF (https://www.pdf2go.com/)

**How would you rate us?**

○ Great ○ Good ○ Medium ○ Bad ○ Worse

Optional you can also send us a comment.



Check files for metadata info

Check files for metadata info