# Exhibit 17

**From:** Christine DeFrancesco
**To:** Michael R. Minkoff
**Subject:** Christine DeFrancesco
**Date:** Tuesday, September 4, 2018 12:10:59 AM

Hi Michael,

I hope you had a good holiday. ███████████████████████████████. After careful consideration I believe only a judge could fairly resolve this matter and I want to go to court. I'm done wasting time.

███████████████████████████████

I believe our meeting with Attorney Goldberg was farce. The documents are fraudulent; the only objective of that meeting was to evaluate my credibility and demeanor.

███████████████████████████████

Sincerely,
Christine

Christine DeFrancesco
917.836.3126