# Exhibit 18

**From:** Michael R. Minkoff
**To:** Christine DeFrancesco
**Subject:** Re: Messages: Christine DeFrancesco Henriquez
**Date:** Sunday, September 16, 2018 2:33:32 PM
**Attachments:** image002.png
image003.png
image001.png

You got it - glad it worked out.

Sent from my iPhone

On Sep 15, 2018, at 5:32 PM, Christine DeFrancesco <cdefrancesco@yahoo.com> wrote:

> This worked, I was able to open everything. No confusion, technical issues are a part of life. Thank you for assisting me with it on the weekend.
>
> On Saturday, September 15, 2018, 4:11:49 PM EDT, Michael R. Minkoff <mrm@employmentlawyernewyork.com> wrote:
>
> Let me try one more thing.
>
> Try this link - - sorry for all the confusion:
>
> https://employmentlawyernewyork-my.sharepoint.com/:f:/p/mrm/Eu88FjxpjX9PjVYvLase4UUBIFcSU1CobKaJumHCrhD5jQ?e=bnreMu
>
> Please confirm whether this one works.
>
> If we can't get this to work, I can have everything burned onto a disc or thumb drive and either mailed out to you or you can come and pick it up from our NYC office on Monday.
>
> Thanks.
>
> Sincerely,
>
> Michael R. Minkoff, Esq.
>
> Borrelli & Associates, P.L.L.C.
>
> Tel. No. (516) 248-5550
>
> Fax No. (516) 248-6027
>
> --------------------------------------
>
> Tel. No. (212) 679-5000
>
> Fax No. (212) 679-5005
>
> www.employmentlawyernewyork.com
>
> Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from

disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

**From:** Christine DeFrancesco <cdefrancesco@yahoo.com>
**Sent:** Saturday, September 15, 2018 4:09 PM
**To:** Michael R. Minkoff <mrm@employmentlawyernewyork.com>
**Subject:** Re: RE: RE: Messages: Christine DeFrancesco Henriquez

It still isn't working. Had I known, I would have printed it last night. It was too small to really read on my phone.

On Saturday, September 15, 2018, 3:15:10 PM EDT, Michael R. Minkoff <mrm@employmentlawyernewyork.com> wrote:

Try this link:

https://employmentlawyernewyork-my.sharepoint.com:443/:f:/p/mrm/Eu88FjxpjX9PjVYvLase4UUBLNgKpUQsF5EG8ujA2Fyg5A?email=cdefrancesco%40yahoo.com&e=rvOjsO

It's possible that the link is expiring. Let me know if this works. You should be able to download the documents in the link.

Thanks.

Sincerely,

Michael R. Minkoff, Esq.

Borrelli & Associates, P.L.L.C.

Tel. No. (516) 248-5550

Fax No. (516) 248-6027

---------------------------------------

Tel. No. (212) 679-5000

Fax No. (212) 679-5005

www.employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

**From:** Christine DeFrancesco <cdefrancesco@yahoo.com>

**Sent:** Saturday, September 15, 2018 12:27 PM
**To:** Michael R. Minkoff <mrm@employmentlawyernewyork.com>
**Subject:** Re: RE: Messages: Christine DeFrancesco Henriquez

Hi Michael,

The link worked yesterday and I was able to open it and start looking at the documents but today it is not sending the code to open the files. I would imagine it would still work on the weekend.

Please advise.

Thanks,

Christine

On Friday, September 14, 2018, 4:47:43 PM EDT, Michael R. Minkoff <mrm@employmentlawyernewyork.com> wrote:

Christine:

Here is the link containing the letter and documents.

https://employmentlawyernewyork-my.sharepoint.com:443/:f:/p/mrm/Eu88FjxpjX9PjVYvLase4UUB4HT-HgM2kkt9y25jFIAxmQ?email=cdefrancesco%40yahoo.com&e=cUyoqZ

Please confirm receipt and that it works.

Thank you.

Sincerely,

Michael R. Minkoff, Esq.

Borrelli & Associates, P.L.L.C.

Tel. No. (516) 248-5550

Fax No. (516) 248-6027

---------------------------------------

Tel. No. (212) 679-5000

Fax No. (212) 679-5005

www.employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

**From:** Christine DeFrancesco Henriquez <cdefrancesco@yahoo.com>
**Sent:** Friday, September 14, 2018 3:15 PM
**To:** Michael R. Minkoff <mrm@employmentlawyernewyork.com>
**Subject:** Messages: Christine DeFrancesco Henriquez

Hi Michael,

Thank you for the call today. Please see the messages I mentioned below.

[redacted]

Sincerely,
Christine


Sent from my iPhone