# Exhibit 22

**From:** Christine DeFrancesco
**To:** Michael R. Minkoff
**Subject:** DeFrancesco-follow up questions
**Date:** Tuesday, October 2, 2018 1:47:35 PM

Hi Mr. Minkoff,

I have a few questions for you:

[redacted]

3. I was offerred 2 other attorney's and I'd like to meet with them to see what they had to say before my husband and I make a difinitive decision. Can you give me a few more days?

Regards,

Christine DeFrancesco

Sent from Yahoo Mail on Android