# Exhibit 25

| | |
|---|---|
| **From:** | Michael R. Minkoff |
| **To:** | cdefrancesco@yahoo.com |
| **Cc:** | Michael Borrelli |
| **Subject:** | Handwriting Expert Quote |
| **Date:** | Thursday, October 18, 2018 5:38:08 PM |
| **Attachments:** | PacketFeesHeader2017B.pdf<br>ATT00001.htm |

Dear Christine:

See attached fee schedule for a potential expert witness. His rates are on the lower side. Looks like we'd be looking at a $5500 minimum plus his time at the rate of $250 per hour — likely at least another $5000. I think a safe estimate for his services would be somewhere between $10,000 and $15,000. I have not yet received any additional quotes but as soon as I do I will forward them to you.

# Access Forensic Group, LLC

110 Jericho Turnpike, Suite 104A, Floral Park, New York 11001
ph: 516-326-1122 • Email: RTP@AccessForensicGroup.com
website: www.AccessForensicGroup.com

## Retainer Fees

The below listed fees are the minimum charges for the most frequently requested services. After discussing your specific needs a written estimate/engagement lettter will be provided taking into consideration the nature, scope of examinations and the quantity of materials to be submitted.

Payment by check or money order along with an executed engagement letter are due prior to services. Please do not disclose confidential information or send evidential documents without retention.

### Examinations:
- Signature examination (one questioned signature)........................................................$1500.00
- Additional questioned signature (same name)...............................................$250.00/signature
- Handwriting (text) examination.....................................................................................$1500.00
- Document examinations (e.g., ink, paper, printing, indented writing, etc.)................$250.00/hr

### Reports:
- Short (synopsis) written report...............................................................................................N/C
- Long (comprehensive) written report with demonstrative exhibits............................ $1000.00

### Testimony:
- Court appearance (first day; includes preparation and exhibits)....................................$2000.00
- Additional court appearances (per day).........................................................................$500.00

### Travel:
- Travel time.................................................................................................................$125.00/hr
- Transportation (airfare, car rental, taxi, train, tolls, parking).........................reimbursement cost
- Lodging and meals (overnight)..................................................................reimbursement cost

### Miscellaneous:
- On-site examination of items unavailable for submission (minimum 2 hrs)...............$250.00/hr
- Latent fingerprint processing.....................................................................................$250.00/hr
- Overnight mail.................................................................................................................$40.00

| | |
|---|---|
| From: | Michael R. Minkoff |
| To: | rtp@accessforensicgroup.com |
| Subject: | Re: JurisPro Expert Witness Directory Contact Form submission by Michael R. Minkoff, Esq. |
| Date: | Thursday, October 18, 2018 5:40:06 PM |
| Attachments: | image001.jpg |

Thank you - I'll speak to my client and get back to you as soon as possible.

Sincerely,
Michael R. Minkoff, Esq.
Borrelli & Associates, P.L.L.C.
Tel. No. (516) 248-5550
Fax No. (516) 248-6027
-------------------------------------
Tel. No. (212) 679-5000
Fax No. (212) 679-5005
www.employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

On Oct 18, 2018, at 5:32 PM, "rtp@accessforensicgroup.com" <rtp@accessforensicgroup.com> wrote:

> Dear Mr. Minkoff:
>
> [REDACTED]. I have attached my CV and fee schedule for your information.
> Regards,
> Richard T. Picciochi
> Questioned Document Examiner
> **Access Forensic Group, LLC**
> 110 Jericho Turnpike, Suite 104A
> Floral Park, New York 11001-2019
> Email: RTP@AccessForensicGroup.com
> Website: www.AccessForensicGroup.com
> Phone: 516.326.1122
> **Privacy/Disclaimer Notice:** This e-mail, including any attachments, is intended only for the party to whom it is addressed. If you are not the intended recipient, do not use, copy, disclose or disseminate information contained in this transmission. If you received this communication in error please advise the sender by reply e-mail and

delete this message.

General information provided by Access Forensic Group LLC regarding the firm and its services or any form of communication received from a potential client regarding particular details or circumstances of their issue does not constitute a consultant-client relationship. A fully executed engagement letter along with payment of a retainer fee is required for designation and disclosure of Access Forensic Group LLC as a consultant/expert witness and to establish confidentiality.

**From:** JurisPro Inquiry [mailto:inquiry@jurispro.com]
**Sent:** Thursday, October 18, 2018 2:56 PM
**To:** Richard T. Picciochi
**Subject:** JurisPro Expert Witness Directory Contact Form submission by Michael R. Minkoff, Esq.

Richard T. Picciochi,

[redacted]

---

Name: Michael R. Minkoff, Esq.

Company/Firm: Borrelli & Associates, P.L.L.C.

City and State Or Country: New York, New York

Phone: 516-248-5550

Email: mrm@employmentlawyernewyork.com

Organization: firm

---

Message:

Our client has filed an action in federal district court in New York and [redacted]

We need an expert to [redacted].

Virus-free. www.avg.com

| | |
|---|---|
| **From:** | Michael R. Minkoff |
| **To:** | "Christine DeFrancesco Henriquez" |
| **Cc:** | Michael Borrelli; Aneila Gonzalez |
| **Subject:** | Revised Retainer Agreement |
| **Date:** | Thursday, October 18, 2018 4:36:17 PM |
| **Attachments:** | DEFRANCESCO, C 2d Lit retainer (revised 10.18.18) (redlined).pdf<br>image001.jpg<br>image002.png<br>DEFRANCESCO, C 2d Lit retainer (revised 10.18.18).pdf |

Dear Christine:

Consistent with the discussion we had regarding your retainer, attached is the revised retainer agreement for your signature. Also attached is a copy with the changes tracked so you can see that edits we made to the expenses paragraph.

Please sign and return and we will obtain the quotes necessary from the proposed experts to respond to the forthcoming motion.

We also await your response to my email from earlier today regarding extending that deadline one last time.

Thank you.

Sincerely,

Michael R. Minkoff, Esq.
Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
Tel. No. (516) 248-5550
Fax No. (516) 248-6027
(***Please note our new Long Island office address as of October 22, 2018 will be 910 Franklin Avenue, Ste. 200, Garden City, NY 11530***)

---------------------------------------

655 Third Avenue, Suite 1821
New York, New York 10017
Tel. No. (212) 679-5000
Fax No. (212) 679-5005
www.employmentlawyernewyork.com
mrm@employmentlawyernewyork.com



Borrelli__Associates_PLLC-DK-200



Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto

from any computer, disk drive, diskette, or other storage device or media. Thank you.



# BORRELLI & ASSOCIATES
P.L.L.C.

www.employmentlawyernewyork.com

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

1010 Northern Boulevard
Suite 328
Great Neck, NY 11021
Tel. No. 516.248.5550
Fax No. 516.248.6027

### RETAINER AGREEMENT

CHRISTINE DEFRANCESCO, ▮▮▮▮▮▮▮▮▮▮ ("Client") and Borrelli & Associates, P.L.L.C. ("Firm"), agree to the following:



4.  <u>Costs/Expenses</u>.  Firm ~~shall~~ shall **not** advance expenses related to this matter.  Such expenses may include, but are not limited to fees for: court filings, deposition transcripts, appraisals, experts, legal research, travel, process servers, postage, investigation, telephone charges, photocopies, mileage, parking, messenger service, and all expenses reasonably related to the representation.  <u>Client must pay any expenses incurred prior to the time they become due; failure to do so will constitute grounds for Firm's withdrawal for good cause, as described below.</u>  If at the conclusion of the representation, there remain unpaid expenses; Client will pay those immediately.  If such amounts are not paid immediately, Firm shall deduct said amount from the Client's portion of any settlement or award.  Firm will not bear costs and expenses and the Client remains ultimately responsible for costs and expenses of Client's case.





3 of 4                    Client Initials_____

[redacted]

Dated: _____          _____
       Great Neck, New York                MICHAEL J. BORRELLI, ESQ.


_____        _____        _____
Client's Signature          Street Address                      Home Phone

_____        _____        _____
Client's Name (Print)       City / State / Zip Code             Work Phone

                            _____        _____
                            Primary E-mail Address              Cell Phone

                                        4 of 4                  Client Initials_____