# Exhibit 26

**From:** Christine DeFrancesco Henriquez
**To:** Michael R. Minkoff
**Subject:** Re: Handwriting Expert Quote
**Date:** Saturday, October 20, 2018 5:56:06 PM

Hi Michael,

I received your message regarding retainer agreement, however; I was advised that I do not need to sign another agreement as it was unethical?

[redacted]

Best,
Christine

Sent from my iPhone

On Oct 20, 2018, at 9:27 AM, Michael R. Minkoff <mrm@employmentlawyernewyork.com> wrote:

> Christine:
>
> Echoing what Michael Borrelli stated to you during our last phone call, we are ready willing and able to oppose the motion at your instruction despite defendants' service of the threatened sanctions motion. But to do so we need you to advance the costs necessary to fight the motion.
>
> Thus, as you likely saw from Michael Borrelli's email a few moments ago, time is of the essence. Given the lateness of the deadline for the defendants' motion (which again, is Wednesday), if we do not receive your executed revised retainer agreement by Monday, we are faced with no choice but to withdraw from the representation. Doing so will result in a stay of the proceedings to allow you sufficient time to find new counsel without any resulting prejudice to you.
>
> Please advise as soon as possible. Thank you.
>
> Sincerely,
>
> Michael R. Minkoff, Esq.
> Borrelli & Associates, P.L.L.C.
> Tel. No. (516) 248-5550
> Fax No. (516) 248-6027
> ---------------------------------------
> Tel. No. (212) 679-5000
> Fax No. (212) 679-5005
>
> www.employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

On Oct 20, 2018, at 9:15 AM, Michael Borrelli <mjb@employmentlawyernewyork.com> wrote:

Michael J. Borrelli
Borrelli & Associates, P.L.L.C.

Sent from my iPhone

On Oct 20, 2018, at 9:09 AM, Michael R. Minkoff <mrm@employmentlawyernewyork.com> wrote:

Christine:



Can you confirm that you will be signing the new retainer? Defendants' motion is due on Wednesday and as I expressed in my previous email, we will need time to retain the experts and prepare our opposition, which will require one final extension to allow us enough time to properly fight the motion.

Please confirm or advise as to what your decision is as

soon as possible.

Thank you.

Sincerely,

Michael R. Minkoff, Esq.
Borrelli & Associates, P.L.L.C.
Tel. No. (516) 248-5550
Fax No. (516) 248-6027
--------------------------------------
Tel. No. (212) 679-5000
Fax No. (212) 679-5005

www.employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

On Oct 19, 2018, at 6:59 PM, Christine DeFrancesco Henriquez <cdefrancesco@yahoo.com> wrote:

Michael,



Thank you,

Christine

Sent from my iPhone

On Oct 18, 2018, at 5:38 PM, Michael R. Minkoff <mrm@employmentlawyernewyork.com> wrote:

> Dear Christine:
>
> See attached fee schedule for a potential expert witness. His rates are on the lower side. Looks like we'd be looking at a $5500 minimum plus his time at the rate of $250 per hour — likely at least another $5000. I think a safe estimate for his services would be somewhere between $10,000 and $15,000. I have not yet received any additional quotes but as soon as I do I will forward them to you.
>
> <PacketFeesHeader2017B.pdf>
>
> Sincerely,
>
> Michael R. Minkoff, Esq.
> Borrelli & Associates, P.L.L.C.
> Tel. No. (516) 248-5550
> Fax No. (516) 248-6027
> --------------------------------------
> Tel. No. (212) 679-5000
> Fax No. (212) 679-5005
>
> www.employmentlawyernewyork.com
>
> Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from

disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.