# Exhibit 28

| | |
|---|---|
| **From:** | Michael R. Minkoff |
| **To:** | "cdefrancesco@yahoo.com" |
| **Subject:** | Submission to Judge |
| **Date:** | Friday, November 2, 2018 4:44:34 PM |
| **Attachments:** | COMBINED EXHIBITS - EX PARTE (11.2.18).pdf<br>image002.png<br>Ex Parte Declaration of Michael R. Minkoff re Withdrawal (11.2.18).pdf |

Dear Ms. DeFrancesco:

The attached documents were submitted to the court today. As I previously mentioned, they were submitted "ex parte" which means that the defendant will not be able to review the materials -- only the judge will see them.

Sincerely,

Michael R. Minkoff, Esq.
Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
Tel. No. (516) 248-5550
Fax No. (516) 248-6027

(***Please note our new Long Island office address as of October 22, 2018 will be 910 Franklin Avenue, Ste. 200, Garden City, NY 11530***)

---------------------------------------
655 Third Avenue, Suite 1821
New York, New York 10017
Tel. No. (212) 679-5000
Fax No. (212) 679-5005

www.employmentlawyernewyork.com
mrm@employmentlawyernewyork.com





Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review,

retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.