# Exhibit 30

**From:** Thomas Ricotta
**To:** Michael R. Minkoff
**Subject:** Re: Defrancesco
**Date:** Tuesday, April 2, 2019 4:54:15 PM
**Attachments:** image002.png
image002.png

Michael,

I don't have consent from her on that. I will let you know if that changes.

Sincerely,

Thomas Ricotta
Ricotta & Marks, P.C.
31-10 37th Avenue, Suite 401
Long Island City, New York 11101
(347) 464-8694 (phone)
(800) 483-4508 (fax)
Tricotta@ricottaandmarks.com

===============================================================================

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

===============================================================================

Notice to the Recipient: This E-Mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this E-Mail in error, any review, use, dissemination, distribution or copying of this email is strictly prohibited.

===============================================================================

On Apr 2, 2019, at 4:36 PM, Michael R. Minkoff <mrm@employmentlawyernewyork.com> wrote:

> Tom:
>
> I'm following up again on this issue. Please advise, as we need to prepare and submit our opposition.
>
> Thank you.
>
> Sincerely,
>
> Michael R. Minkoff, Esq.
> Borrelli & Associates, P.L.L.C.
> Tel. No. (516) 248-5550
> Fax No. (516) 248-6027
> ---------------------------------------
> Tel. No. (212) 679-5000
> Fax No. (212) 679-5005
>
> www.employmentlawyernewyork.com
>
> Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L.L.C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.
>
> **From:** Michael R. Minkoff
> **Sent:** Monday, March 18, 2019 9:56 AM
> **To:** 'tricotta@WRMattorney.com' <tricotta@WRMattorney.com>
> **Cc:** 'tricotta@ricottaandmarks.com' <tricotta@ricottaandmarks.com>; 'tricotta@NewYorkStateEmploymentAttorney.com' <tricotta@NewYorkStateEmploymentAttorney.com>
> **Subject:** RE: Defrancesco
>
> Tom:
>
> I'm following up on this request. Please advise. If you'd prefer to wait to provide consent until after you've reached an agreement on the remaining issues with Defendant's counsel, let me know.
>
> While our deadline to oppose is over a month away, we'd prefer to get our opposition in as soon as possible.
>
> Thank you.
>
> Sincerely,
>
> Michael R. Minkoff, Esq.
> Borrelli & Associates, P.L.L.C.
> Tel. No. (516) 248-5550
> Fax No. (516) 248-6027
> ---------------------------------------
> Tel. No. (212) 679-5000
> Fax No. (212) 679-5005
>
> www.employmentlawyernewyork.com

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L..C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.

**From:** Michael R. Minkoff
**Sent:** Tuesday, March 12, 2019 5:35 PM
**To:** 'tricotta@WRMattorney.com' <tricotta@WRMattorney.com>
**Cc:** 'tricotta@ricottaandmarks.com' <tricotta@ricottaandmarks.com>; 'tricotta@NewYorkStateEmploymentAttorney.com' <tricotta@NewYorkStateEmploymentAttorney.com>
**Subject:** Defrancesco

Dear Tom:

Per Judge Broderick's order, we are required to submit our opposition to Defendants' motion for sanctions. You should now be in receipt of our materials previously submitted under seal when we moved to withdraw, per the link I sent over when we last spoke. It is our position that -- given Defendants' counsel's misrepresentations of the record here, as you and I previously discussed, it may be best for us to be able to submit our prior ex parte submission on the public docket. We are therefore requesting your consent to do so.

Please advise.

Thank you.

Sincerely,

Michael R. Minkoff, Esq.
Borrelli & Associates, P.L.L.C.
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel. No. (516) 248-5550
Fax No. (516) 248-6027

(***Please note our new Long Island office address as of October 22, 2018 will be
910 Franklin Avenue, Ste. 200, Garden City, NY 11530***)

-------------------------------------
655 Third Avenue, Suite 1821
New York, New York 10017
Tel. No. (212) 679-5000
Fax No. (212) 679-5005

www.employmentlawyernewyork.com
mrm@employmentlawyernewyork.com

<image001.jpg>

Martindale-Hubbell
PEER RATED
For Ethical Standards and Legal Ability
2017

Note: The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney/client privilege or any other privilege. This e-mail message may not be forwarded without the prior written consent of Borrelli & Associates, P.L..C. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, reproduction, circulation, publication, dissemination or other use of, or taking of any action, or omission to take action, in reliance upon this communication by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please (i) notify us immediately by telephone at (516)248-5550, and (ii)delete the message and any material attached thereto from any computer, disk drive, diskette, or other storage device or media. Thank you.